UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE SCOTTS COMPANY, et al.,

        Plaintiffs,

                                    **Case No. 2:24-cv-4199**

   v.

                                    **JUDGE DOUGLAS R. COLE**

THE PROCTOR AND GAMBLE
COMPANY,
                                    **Magistrate Judge Vascura**

        Defendant.

## STIPULATED ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DOC. 56)

Pursuant to the parties' joint request that the Court enter this Order, and their agreement that the following limitations and restrictions should apply regarding Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. 56), the Court hereby **ORDERS** that:

1. The Court **GRANTS** Plaintiffs The Scotts Company LLC and OMS Investments, Inc.'s (collectively, "Scotts") Motion for Leave to File an Amended Complaint (Doc. 56) as unopposed by Defendant The Procter and Gamble Company ("P&G");

2. P&G's response to Scotts' Amended Complaint shall be due on or before June 6, 2025;

3. The false advertising claims that are added in the Amended Complaint (i.e., Count VI) shall not be addressed at the preliminary injunction hearing scheduled for April 28–29, 2025 or in any pre-hearing or post-hearing briefing regarding Plaintiffs' Motion for Preliminary Injunction (Doc. 2);

4.    The Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Doc. 2) will not address Scotts' false advertising claim.

**SO ORDERED.**

April 10, 2025
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

AGREED TO:

*/s/ John Gabrielides*

John Gabrielides (admitted *pro hac vice*) Adam M. Kaufmann (admitted *pro hac vice*) Cony Rosas (admitted *pro hac vice*) BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Email:    jgabrielides@btlaw.com
             adam.kaufmann@btlaw.com
             cony.rosas@btlaw.com

David M. DeVillers (0059456)
Barnes & Thornburg LLP
41 South High Street, Ste. 3300
Columbus, OH 43215
Telephone: (614) 628-0096
Email:    ddevillers@btlaw.com

*Attorneys for Plaintiffs*

*/s/ J. Michael Keyes*

Keith Shumate (0056190)
Erin Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington
Center 41 South High
Street Columbus,
Ohio 43215
Telephone: 614.365.2700
Facsimile: 614.365.2499
keith.shumate@squirepb.com
erin.hassett@squirepb.com

J. Michael Keyes (*admitted pro hac vice*) Connor J. Hansen (*admitted pro hac vice*) Bruce Ewing (*admitted pro hac vice*) Dorsey Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: 206-903-8800
Facsimile: 206-903-8820
keyes.mike@dorsey.com
hansen.connor@dorsey.com
bruce.ewing@dorsey.com

*Attorneys for Defendant*
THE PROCTER AND GAMBLE
COMPANY