UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE SCOTTS COMPANY LLC, *et al.*,

        Plaintiffs,

    v.

THE PROCTER & GAMBLE
COMPANY,

        Defendant.

Civil Action 2:24-cv-4199
Judge Douglas R. Cole
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter came before the Court for a telephonic discovery conference on May 14, 2026. All parties appeared and were represented by counsel. This Order memorializes the results of the conference.

The parties requested the conference to resolve several discovery disputes. During the conference, the undersigned ruled as follows:

- The portion of Scotts' May 1, 2026 motion (ECF No. 107) seeking a protective order staying discovery related to certain of P&G's affirmative defenses is **DENIED**. The pendency of Scotts' motion to strike the affirmative defenses is not grounds in this District for staying discovery. As a result, P&G's motion to strike Scotts' motion for protective order or, alternatively, to deny Scotts' motion for protective order (ECF No. 109), is **DENIED AS MOOT**. The portion of Scotts' May 1, 2026 Motion (ECF No. 107) seeking to strike P&G's affirmative defenses remains pending for decision by the District Judge.

- Both parties also orally moved to compel the opposing party to provide hit reports for proposed additional ESI searches. Both of those oral motions are **GRANTED**. Each party must provide hit reports for all proposed additional ESI searches on or before **MAY 20, 2026**. The parties are to confer as to modifications to the searches in light of the hit reports on or before **MAY 22, 2026**. The parties must provide any hit reports for modified searches on or before **MAY 26, 2026**. The undersigned declined to enter any production deadlines, but advised that the Court expects the parties to make rolling productions and to agree to a reasonable production schedule.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*  
CHELSEY M. VASCURA  
UNITED STATES MAGISTRATE JUDGE