**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE SCOTTS COMPANY LLC, and OMS INVESTMENTS, INC.,**

**Plaintiffs,**

**v.**

**THE PROCTER AND GAMBLE COMPANY,**

**Defendant.**

**Case No. 2:24-cv-4199**

**Judge Douglas R. Cole**

**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Case Schedule (ECF No. 125). For good cause shown, Motion is **GRANTED**. The case schedule is **EXTENDED** as follows:

| | |
|---|---|
| Facts discovery deadline: | February 26, 2027 |
| Primary expert reports due: | May 7, 2027 |
| Rebuttal expert reports due: | June 4, 2027 |
| Expert discovery deadline: | June 18, 2027 |
| Dispositive motions deadline: | August 13, 2027 |

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE